AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

MARY CHRISTINE WHITTAKER

V.

THE ART STUDENTS LEAGUE OF NEW YORK

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

07 CIV 7342

JUDGE MARRERO

TO: (Name and address of Defendant)

The Art Students League of New York
215 West 57th Street
New York, NY 10019

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LOCKSLEY O. WADE, ESQ.
THE LAW OFFICE OF LOCKSLEY O. WADE, LLC
15 WEST 39TH STREET, 3RD FLOOR
NEW YORK, NY 10018
(212) 220-3610
(212) 253-4142 Telecopoier
lwade@lwade-law.com
http://lwade-law.com

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE   AUG 1 6 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 215 W 57TH ST

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

MR ROSSI

12:31 PM 8-20-07

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-20-07
            Date            Signature of Server

            247 LEFFERTS AVE
            Address of Server

SWORN TO BEFORE ME
THIS 23RD DAY OF AUGUST 2007

VICTOR PEREZ
Notary Public, State of New York
No. 01PE6026039
Qualified in Kings County
Commission Expires June 7, 2011

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.