UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARY CHRISTINE WHITTAKER,

    Plaintiff,

v.

THE ART STUDENTS LEAGUE,

    Defendant.

Case 07-Civ-7342 (VM)

**NOTICE OF MOTION FOR ENTRY OF DEFAULT JUDGMENT**

To:   Attn: Joseph Rossi, Deputy Director,
       The Art Students League
       215 West 57th Street
       New York, NY 10019

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, dated September 12, 2007, the Plaintiff, pursuant to Rule 55(b) (2) of the Federal Rules of Civil Procedure, will move this Court, before the Honorable Victor Marrero, in the United States District Court for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., Room 1340, New York, NY 10007, on a date and at a time to be designated by the Court, for an Order granting the plaintiff's Motion for Entry of Default Judgment against the defendant.

                                             Respectfully submitted,

                                             LOCKSLEY O. WADE, ESQ.
                                             Law Office of Locksley O. Wade, LLC

       15 West 39th Street, 3rd Floor
       New York, NY 10018
       (212) 220-3610 - Telephone
       (212) 253-4142 - Facsimile
       lwade@lwade-law.com
       *Attorney for the Plaintiff*