**RIVKIN RADLER**
ATTORNEYS AT LAW

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-18-07

KENNETH A. NOVIKOFF
PARTNER
(516) 357-3110
ken.novikoff@rivkin.com

September 18, 2007

Honorable Victor Marrero
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

> Re:  *Mary Christine Whittaker v. The Art Students League*
> *Civil Action No.:  07-7342*
> RR File No.:  009610-00031

Your Honor:

Rivkin Radler LLP represents the defendant, The Art Students League, in the above referenced matter. I write to advise the Court that I spoke to plaintiff's counsel, Locksley O. Wade, Esq., this morning and he has advised me that he agrees to withdraw plaintiff's motion for a default judgment and that he will accept service of defendant's answer which was filed electronically with the Court on September 13, 2007.

Respectfully submitted,

RIVKIN RADLER LLP,

Kenneth A. Novikoff (KAN 0350)

cc:     Locksley O. Wade, Esq.
        Laura L. Shockley, Esq.

**SO ORDERED:** Request GRANTED. The
Clerk of Court is directed to remove the
plaintiff's motion for a default judgment
herein and to accept the filing of the
defendant's answer.

DATE 9-18-07   VICTOR MARRERO, U.S.D.J.

926 Reckson Plaza
Uniondale, NY
11556-0926
Tel: 516.357.3000
Fax: 516.357.3333

555 Madison Avenue
New York, NY
10022-3338
Tel: 212.455.9555
Fax: 212.687.9044

21 Main Street
Court Plaza South • West Wing
Hackensack, NJ 07601-7021
Tel: 201.287.2460
Fax: 201.489.0495

www.rivkinradler.com