UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

MARY CHRISTINE WHITTAKER,

                     Plaintiff,

-against-

THE ART STUDENTS LEAGUE,

                     Defendant.

-------------------------------------------------------------------------X

**Civil Action No.: 07 CV 7342 (VM)**

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned, counsel for defendant THE ART STUDENTS LEAGUE, (a private not for profit organization) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

DATED:    Uniondale, New York
               September 19, 2007

Yours, etc.,

RIVKIN RADLER LLP
Attorneys for Defendant
THE ART STUDENTS LEAGUE

By: _____
LAURA L. SHOCKLEY (LLS-6040)
926 RexCorp Plaza
Uniondale, New York 11556-0926
(516) 357-3000
File No.: 009610-00031

TO:    LOCKSLEY O. WADE, ESQ.
          Law Office of LOCKSLEY O. WADE, LLC
          15 West 39th Street, 3rd Floor
          New York, New York 10018
          (212) 220-3610

2075691 v1

Case 1:07-cv-07342-VM-AJP    Document 10    Filed 09/19/2007    Page 2 of 2

TO:    LOCKSLEY O. WADE, ESQ.
       Law Office of LOCKSLEY O. WADE, LLC
       15 West 39th Street, 3rd Floor
       New York, New York 10018
       (212) 220-3610