UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARY CHRISTINE WHITTAKER,<br><br>Plaintiff,<br><br>v.<br><br>THE ART STUDENTS LEAGUE,<br><br>Defendant. | ECF CASE<br><br>Case 07-Civ-7342 (VM)<br><br>NOTICE OF CHANGE OF ADDRESS |

TO: **Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 (d) of this court, please take notice of the new business address of the attorney of record for the plaintiff.

> LOCKSLEY O. WADE, ESQ.
> Law Office of Locksley O. Wade, LLC
> 110 Wall Street
> 11th Floor
> New York, NY 10005
> (212) 933-9180 - Telephone
> (212) 253-4142 - Fax
> lwade@lwade-law.com

Dated: March 27, 2008                    Respectfully submitted,

_____
LOCKSLEY O. WADE, ESQ.
Law Office of Locksley O. Wade, LLC
*Attorney for Plaintiff*