# RIVKIN RADLER
### ATTORNEYS AT LAW

LAURA L. SHOCKLEY
PARTNER
(516) 357-3209
laura.shockley@rivkin.com



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/08

April 25, 2008

Honorable Victor Marrero
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:  *Mary Christine Whittaker v. The Art Students League*
         Civil Action No.: 07-7342
         RR File No.: 009610-00031

Your Honor:

    Rivkin Radler LLP represents the defendant, The Art Students League, in the above referenced matter. I write with the consent of Plaintiff's counsel, Locksley O. Wade, Esq., to respectfully request a brief adjournment of the conference that is scheduled for this afternoon at 3:30 p.m. Counsel for both parties are available any time next week to reschedule the conference. This is the first request for an adjournment that is being made by either party.

                            Respectfully submitted,

                            RIVKIN RADLER LLP

                            Laura L. Shockley (LLS 6040)

cc:  Locksley O. Wade, Esq.

Request GRANTED. The next status conference herein is rescheduled to 5-2-08 at 11:45 a.m.

SO ORDERED.

4-25-08
DATE      VICTOR MARRERO, U.S.D.J.

2144066 v1

926 Reckson Plaza
Uniondale, NY
11556-0926
Tel: 516.357.3000
Fax: 516.357.3333

555 Madison Avenue
New York, NY
10022-3338
Tel: 212.455.9555
Fax: 212.687.9044

21 Main Street
Court Plaza South • West Wing
Hackensack, NJ 07601-7021
Tel: 201.287.2460
Fax: 201.489.0495

www.rivkinradler.com