```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#_____
DATE FILED: 5/9/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MARY CHRISTINE WHITTAKER,                     :

            Plaintiff,                :      07 Civ. 7342 (VM) (AJP)

      -against-                                :      RULE 16 INITIAL PRETRIAL
                                                                                  CONFERENCE ORDER

THE ART STUDENTS LEAGUE OF NEW YORK,          :

           Defendant.               :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ANDREW J. PECK, United States Magistrate Judge:**

       Pursuant to Rule 16, Fed. R. Civ. P., IT IS HEREBY ORDERED THAT:

       1.     All fact and expert discovery must be completed by July 31, 2008. Expert reports must be served by July 1, 2008. The parties shall discuss any issues with respect to electronic discovery before the next court conference.

       2.     Each party will notify this Court (and the District Judge) by August 4, 2008 as to whether it intends to move for summary judgment and, if required by the District Judge's chamber rules, request a pre-motion conference. Assuming pre-motion clearance has been obtained from the District Judge where required, summary judgment motions must be filed by August 22, 2008 if no date was set by the District Judge or, if a date was set by the District Judge, in accordance with the schedule set by the District Judge, and must comply with the Federal Rules of Civil Procedure, the Local Rules of this Court, and the chamber rules of the District Judge to whom this case is assigned (including any pre-motion conference requirements of the District Judge).

C:\ORD\16RULES

2

3. The parties are to submit a joint proposed pretrial order, in conformance with the Federal Rules of Civil Procedure, the Local Rules of this Court, and the chamber rules of the District Judge to whom this case is assigned, by August 22, 2008 if neither party is moving for summary judgment, or 30 days after decision on the summary judgment motion. The case will be considered trial ready on 24-hours notice after the pretrial order has been submitted.

4. A status conference will be held before the undersigned on June 3, 2008 at 11:30 a.m. in Courtroom 20D (500 Pearl Street).

5. The parties are directed to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is enclosed.

SO ORDERED.

DATED: New York, New York
May 9, 2008

Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:   Locksley O'Sullivan Wade, Esq.
Kenneth A. Novikoff, Esq.
Laura Lynn Shockley, Esq.
Judge Victor Marrero

C:\ORD\16RULES