UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6/20/08

MARY CHRISTINE WHITTAKER,           :

          Plaintiff,           :       07 Civ. 7342 (VM) (AJP)

          -against-           :       **ORDER OF DISMISSAL ON CONSENT**

THE ART STUDENTS LEAGUE            :
OF NEW YORK,
                                           :
          Defendant.
                                           :
------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

The parties having reached a settlement agreement through the S.D.N.Y. Mediation Program (see Dkt. Nos. 20-21), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs, provided, however, that any party may reinstate the action within 30 days hereof if the settlement is not fully effectuated. Any pending motions are to be terminated as moot.

      SO ORDERED.

DATED:    New York, New York
               June 20, 2008

                                     Andrew J. Peck
                                     United States Magistrate Judge

Copies **by fax & ECF** to:    Locksley O'Sullivan Wade, Esq.
                                   Kenneth A. Novikoff, Esq.
                                   Laura Lynn Shockley, Esq.
                                   Judge Victor Marrero

C:\ORD\Dismiss.AJP